**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:17-cr-17 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| DAVID BINKLEY CASH | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

---

## ORDER

---

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court:  (1) grant Defendant's motion to withdraw his not guilty plea as to Counts One and Two of the Indictment; (2) accept Defendant's guilty plea as to Counts One and Two of the Indictment; (3) adjudicate the Defendant guilty of Counts One and Two of the Indictment; and (4) order that Defendant remain in custody until sentencing in this matter.  (Doc. 23.)  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Counts One and Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Counts One and Two; and

4.  Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **January 26, 2018**, at **9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**